UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Stanley R. Chesler
                                 Crim. No. 11-417
          v.                :
                                 CONTINUANCE ORDER
LANCE POWELL                :

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Shirley U. Emehelu, Assistant U.S. Attorney, appearing), and defendant Lance Powell (by Paul Casteleiro, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days, and the defendant being aware that he has a right to have the matter brought to trial within seventy (70) days from the filing date of the indictment, or from the date of his appearance before a judicial officer of this court, whichever date last occurs, pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.   The arraignment in this matter was adjourned to July 6, 2011 due to defense counsel's inability to attend the originally scheduled arraignment, due to illness;

2.   Defense counsel will require adequate time to

review the discovery that will be provided by the United States within ten (10) days after the arraignment;

   3. Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

   4. Defendant has consented to the aforementioned continuance; and

   5. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

   WHEREFORE, on this 30th day of June, 2011,

   IT IS ORDERED that this action be, and hereby is, continued for a period of sixty (60) days from June 29, 2011 through and including August 28, 2011; and it is further

   ORDERED that the period from June 29, 2011 through and including August 28, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

_____
Shirley U. Emehelu
Assistant U.S. Attorney

_____
Paul Casteleiro, Esq.
Counsel for defendant Lance Powell