UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| | | Crim. No. 11-417 |
| v. | : | Amended |
| | | <u>CONTINUANCE ORDER</u> |
| LANCE POWELL | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Shirley U. Emehelu, Assistant U.S. Attorney, appearing), and defendant Lance Powell (Paul Casteleiro, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.  Defendant requests a one-week extension of his deadline to file pre-trial motions;

2.  The Government will need time to respond to defendant's motions;

3.  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

4.  As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this       day of September, 2011,

ORDERED that this action be, and hereby is, continued until November 15, 2011; and it is further

ORDERED that Defendant's motions are due on or before September 16, 2011; and it is further

ORDERED that the Government's response is due on or before September 26, 2011; and it is further

ORDERED that a motion hearing is scheduled for __Oct 11__, 2011 at __11/00__; and it is further

ORDERED that trial in this matter shall commence on November 15, 2011 at 10:00 a.m.; and it is further

ORDERED that the period from the date of this order through November 15, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

9/13/2011

HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

_____
Shirley U. Emehelu
Assistant U.S. Attorney


_____
Paul Casteleiro, Esq.
Counsel for defendant Lance Powell