**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, Suite 700*  *973/645-2700*
*Newark, NJ 07102*

September 6, 2011

**By ECF**

Hon. Stanley R. Chesler
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

        Re:  United States v. Lance Powell
              Crim. No. 11-417 (SRC)

Dear Judge Chesler:

      Please accept this letter response in lieu of a more formal submission in response to defendant Lance Powell's letter motion to modify the conditions of his release (Docket Entry No. 23). The Government has consulted with Pretrial Services, which has no objection to the proposed modification. Accordingly, the Government hereby consents to defendant's request, so long as all other conditions of defendant's release remain unchanged.

                          Respectfully submitted,

                          PAUL J. FISHMAN
                          United States Attorney

                        *s/ Shirley U. Emehelu*

                        By:  SHIRLEY U. EMEHELU
                          Assistant U.S. Attorney

cc: Paul Casteleiro, Esq. (by ECF)
    Counsel for Defendant Lance Powell

# PAUL CASTELEIRO
ATTORNEY AT LAW

200 WASHINGTON STREET
Suite 500 - 5th Flr.
HOBOKEN, NEW JERSEY 07030

Telephone 201-656-1696
Facsimile  201-656-4688

NEW JERSEY BAR
NEW YORK BAR

August 24, 2011

**Electronically Filed**
Honorable Stanley R. Chesler, U.S.D.J.
U.S. Post Office & Courthouse Bldg, Room 417
Newark, NJ 07101

     Re: United States v Lance Powell
        Crim. No. 11-417 (SRC)

Dear Judge Chesler:

  I am writing to request a change in the defendant Lance Powell's Conditions of Release. On January 14, 2011 Mr. Powell was released into the custody of Ashley Anderson and since that date Mr. Powell has continued to reside with Ms. Anderson. Unfortunately, the relationship between Ms. Anderson and Mr. Powell has encountered difficulties and it is best Mr. Powell no longer be in her custody. Therefore, I am writing to request that Jasmine McKinsey of 130 Clerk Street, First Floor, Jersey City, NJ 07305 be substituted for Ms. Anderson as Mr. Powell's third party custodian, with the approval of Pretrial Services, and that Mr. Powell reside in her residence. Ms. McKinsey is one of the two signatories to Mr. Powell's appearance bond.

  If you should have any questions please do not hesitate to contact me.

                Respectfully yours,

                PAUL CASTELEIRO

PC:ca
cc: Shirley Emehelu, AUSA, via email
   Barbara Hutchinson, Pretrial Services, via email

SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.