UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 11-417 (SRC) |
| LANCE POWELL | : | <u>ORDER</u> |

This matter having come before the Court upon defendant Lance Powell's pretrial motions filed on September 13, 2011 [Docket Entry 26]; and plaintiff the United States of America (the "Government") having opposed the motions and also having moved for reciprocal discovery pursuant to Federal Rule of Criminal Procedure 16(b) [Docket Entry 28]; and the Court having considered the papers filed by the parties and having heard the arguments of counsel; and for the reasons expressed by the Court on the record on October 12, 2011,

**IT IS** on this 12th day of October, 2011,

**ORDERED** that defendant's motion for a bill of particulars pursuant to Federal Rule of Criminal Procedure 7(f) be and hereby is **DENIED**; and it is further

**ORDERED** that defendant's motion for disclosure of <u>Brady</u> material be and hereby is **DENIED AS MOOT**; and it is further

**ORDERED** that the Government will provide all <u>Jencks</u> and <u>Giglio</u> material at least three (3) business days prior to the commencement of trial in this matter; and it is further

**ORDERED** that Defendant's motion for disclosure of <u>Henthorn</u> material is **DENIED AS MOOT**; and it is further

**ORDERED** that the Government will provide Rule 404(b) material to the defendant on or before October 19, 2011; and it is further

**ORDERED** that the defendant's motion for preservation of all rough notes made by any government investigators involved in this case be and hereby is **DENIED AS MOOT**; and it is further

**ORDERED** that the Government's motion for reciprocal discovery pursuant to Federal Rule of Criminal Procedure 16(b) be and hereby is **GRANTED**.

_____
HON. STANLEY R. CHESLER
United States District Judge