UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 11-417 (SRC) |
| | | Hon. Stanley R. Chesler |
| v. | : | |
| LANCE POWELL, | : | ORDER MODIFYING CONDITIONS OF |
| a/k/a "Lace" | | DEFENDANT'S RELEASE |
| | : | |

This matter having been opened by Paul J. Fishman, United States Attorney for the District of New Jersey (Shirley U. Emehelu, Assistant U.S. Attorney, appearing), in the presence of defendant Lance Powell (Paul Casteleiro, Esq., appearing), for an order revoking defendant Powell's bail, and the Court having considered the representations made by the Government and the defendant, and for good cause having been shown, the Court hereby makes the following findings:

Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court finds, for the reasons stated from the bench, that the existing conditions of release will not reasonably assure the safety of any other person or the community.

IT IS, therefore, on this 15 day of November, 2011,

ORDERED that defendant Lance Powell's conditions of release shall be modified as follows:

ORDERED that the condition of defendant's release imposing electronic monitoring is modified to Active GPS; and it is further

ORDERED that defendant is to remain in Home Detention, with permission to attend school and other absences pre-approved by Pre-Trial Services; and it is further

ORDERED that the Government may request a detention hearing on short notice; and it is further

ORDERED that all prior conditions of release shall remain in full effect.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge