UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 11-417 (SRC)) |
| | | Hon. Stanley R. Chesler |
| v. | : | |
| | | CONSENT ORDER MODIFYING |
| LANCE POWELL | : | CONDITIONS OF DEFENDANT'S |
| a/k/a "Lace" | | RELEASE |
| | : | |

This matter having come before the Court on consent, Paul Casteleiro, Esq. on behalf of the defendant Lance Powell, Paul J. Fishman, United States Attorney for the District of New Jersey, by Shirley U. Emehelu, Assistant U. S. Attorney, on behalf of the United States, for an Order modifying the conditions of the defendant's release, and for good cause having been shown,

IT IS hereby on this **31** day of **May** 2012,

ORDERED that the electronic monitoring of the defendant shall end at 2:00 a..m. on June 1, 2012 on condition that the defendant then leave with Andre Bentley within a reasonable time thereafter to travel to Hopewell, Virginia where he is to report by noon on June 4, 2012 to the Federal Correctional Institution, Petersburg Medium, Hopewell, Virginia 23860 to begin serving his sentence ; it is further

ORDERED that Mr. Powell is to call Pretrial Services once each day on Friday, June 1, Saturday, June 2, Sunday, June 3, and Monday, June 4, 2012; it is further

ORDERED that if Mr. Powell does not leave with Mr. Bentley to travel to Hopewell, Virginia on Friday, June 1, 2012 by 8:00

a.m., that electronic monitoring shall resume and remain until such time as Pretrial Services releases Mr. Powell to travel to the designated institution.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

_____
SHIRLEY U. EMEHELU
Assistant U.S. Attorney

_____
PAUL CASTELEIRO, ESQ.
Attorney for defendant

# PAUL CASTELEIRO
## ATTORNEY AT LAW

200 WASHINGTON STREET
Suite 500 - 5th Flr.
HOBOKEN, NEW JERSEY 07030

Telephone  201-656-1696
Facsimile   201-656-4688

NEW JERSEY BAR
NEW YORK BAR

May 30, 2012

**Via Facsimile 973-645-3177**
Theresa Trivino
Courtroom Deputy
Hon. Stanley R. Chesler, U.S.D.J.
U.S. Post Office & Courthouse Bldg, Room 417
Newark, NJ 07101

        Re:   United States v Lance Powell
                Crim. No. 11-417 (SRC)

Dear Ms. Trivino:

    Attached please find proposed Consent Order Modifying Conditions of Defendant's Release in the above referenced matter for Judge Chesler's consideration signed by both Shirley Emehelu, Assistant U.S. Attorney and, and myself. Earlier this afternoon my secretary mistakenly faxed to you this proposed order which was not signed by Ms. Emehelu.

    Please note that this Order is time sensitive and if it is to be signed by the Judge it must be entered no later than tomorrow.

    If you should have any questions please do not hesitate to call me.

Very truly yours,

PAUL CASTELEIRO

PC:ca
Attachment
cc:   Shirley Emehelu, AUSA, via email